CHONG, NISHIMOTO, SIA, NAKAMURA,
  & GOYA, A Limited Liability Law Partnership

JEFFREY H. K. SIA          3029-0
RONALD M. SHIGEKANE   1945-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone No.:  (808) 537-6119
Facsimile No.:   (808) 526-3491
Jeffrey.sia@hawadvocate.com
Ronald.shigekane@hawadvocate.com

Attorneys for Defendant
HILTON WORLDWIDE, INC.,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SUZANNE M. SHAW, | ) CIVIL NO. CV16-00180 KJM |
| | ) (Other Personal Injury Tort) |
| Plaintiff, | ) |
| | ) STIPULATION FOR DISMISSAL |
| vs. | ) WITH PREJUDICE OF ALL CLAIMS |
| | ) AND PARTIES and ORDER |
| | ) |
| HILTON MANAGEMENT, LLC, a | ) |
| Foreign Limited Liability Company, | ) Trial Judge: Hon. Kenneth J. Mansfield |
| | ) Trial date:  2/13/18 |
| Defendant. | ) |
| _____ | ) |

[2016179JHKS/#881699]

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL
CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED by and between the

appearing parties in the above-captioned case, through their respective attorneys,

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff SUZANNE M. SHAW's [#10] First Amended Complaint Filed on 5/26/16 and all claims contained therein against Defendant HILTON MANAGEMENT LLC shall be and hereby are dismissed with prejudice, with each party bearing their own attorney's fees and costs.

There are no remaining claims or parties in this action.  Trial was set for February 13, 2018.

DATED:  Honolulu, Hawaii, November 28, 2017.

*/s/ Harvey M. Demetrakopoulos* .

ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiff
SUZANNE M. SHAW

DATED:  Honolulu, Hawaii, November 29, 2017.

*/s/ Jeffrey H. K. Sia* .
JEFFREY H. K. SIA
RONALD M. SHIGEKANE
Attorneys for Defendant
HILTON MANAGEMENT LLC

APPROVED AND SO ORDERED:

Date: Honolulu, Hawaii, December 1, 2017.



Kenneth J. Mansfield
United States Magistrate Judge

2